23-102

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FARAMARZ HEDVAT and KATRIN HEDVAT ) ) ) ) Plaintiffs, ) ) -against- ) ) CHUBB NATIONAL INSURANCE COMPANY ) ) ) Defendant. ) | Case No.: 2:23-cv-04101-JMA-LGD  **ECF CASE**  **COMPLAINT** |

Plaintiffs, Faramarz Hedvat and Katrin Hedvat ("Plaintiffs") by and through their attorneys, Weg and Myers, P.C., as and for their complaint against Defendant CHUBB National Insurance Company ("Defendant" or "CHUBB"), respectfully allege as follows:

## PARTIES

1. At all times hereinafter mentioned, Plaintiffs Faramarz Hedvat and Katrin Hedvat ("Plaintiffs") were and have been the owners of the premises located at 7 Kenilworth Terrace Kings Point, NY 11024 ("Subject Premises").

2. At all times hereinafter mentioned, Plaintiffs were and have been living at the Subject Premises.

3. At all relevant times, the Subject Premises were and are a single-family house built in 2017.

4. At all relevant times, CHUBB National Insurance Company ("CHUBB"), was and is a foreign corporation existing under and by virtue of the laws of the State of Indiana, maintaining its principal place of business in New Jersey.

1

## **NATURE OF THE ACTION**

5. Plaintiffs bring this action against Defendant CHUBB for breach of contract as a result of CHUBB's failure to pay insurance proceeds which it is obligated to pay, pursuant to the terms and conditions of the first-party property policy of insurance that it issued to Plaintiffs.

6. The Policy of Insurance at issue herein, bearing policy number 14678193-01 and effective as of September 8, 2021 and through September 8, 2022, insures Plaintiffs for all risks of physical loss to their dwelling, including but not limited to coverages for temporary precautionary repairs and water detection expenses (the "CHUBB Policy").

7. In or about February 2022, while the CHUBB Policy was in full force and effect, Plaintiffs' driveway flooded and caused water to back up into the Subject Premises.

8. In or about March 2022, Plaintiffs hired contractors to investigate and determine, what, if any, latent damages were inside the piping system at the Subject Premises.

9. In or about April 2022, it was determined that a pipe connecting two of the drywells had collapsed and caused overflow of water into the Plaintiffs' Subject Premises.

10. In or about May 2022, the contractors, using heavy-duty machinery, excavated the Subject Premises in order to access the drywells, cisterns, and pipes, causing damages to the Subject Premises.

11. Although Plaintiffs timely provided CHUBB with a claim for their damages, CHUBB has failed to reimburse Plaintiffs for its damages.

12. As a result of CHUBB's breach of contract, Plaintiffs have been compelled to initiate this action.

## JURISDICTION AND VENUE

13. This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. §1332(a), in that the Plaintiffs and Defendant are citizens of different states and the amount in controversy exceeds $75,000.00 exclusive of interest and costs.

14. This action involves a dispute as to the rights and obligations of the parties in connection with a policy of insurance contracted for and by Plaintiffs, New York residents, maintaining their principal place of business in New York, with an insurance company, Defendant, which is incorporated in Indiana and maintains its principal place of business in New Jersey.

15. The venue of this matter is appropriate in this district under 28 U.S.C. §1391(b)(2) because a substantial part of the property that is the subject of this action is situated in this district.

## FACTS RELEVANT TO ALL CAUSES OF ACTION

16. On or about September 8, 2021, CHUBB, for good and valuable consideration, made and issued to Plaintiffs a certain policy of insurance bearing number 14678193-01, wherein and whereby CHUBB insured Plaintiffs' residential property located at 7 Kenilworth Terrace Kings Point, NY 11024.

17. The CHUBB Policy, with property coverage limit in the amount of $9,469,000, was in full force and effect from September 8, 2021, through and including September 8, 2022.

18. At all relevant times alleged herein, Plaintiffs had an insurable interest in the Subject Premises.

19. In or about February 2022, Plaintiffs' driveway overflooded and caused water to back up into the Subject Premises.

20. Because it was not apparent what occurrence caused the flooding and water backup, in or about March 2022, Plaintiffs hired Cesspool Pro's to start an investigation and inspection of the underground pipes and drywells at the Subject Premises.

21. Cesspool Pro's conducted an inspection with a fiber optic camera and verified that the pipes connecting two of the drywells had collapsed, causing drywell #1 to overflow back into the Subject Premises.

22. As a result of this inspection, in or about April 2022, Plaintiffs hired NYC Remodeling Inc. to excavate the Subject Premises in order to repair the pipes and replace the affected drywells.

23. NYC Remodeling Inc. brought in utility trucks, cranes, and other heavy machinery to conduct an excavation and access the pipes and drywells. Walkaways, pavers, sprinklers, masonry, and landscaping at the Subject Premises were damaged in the process of gaining access to the pipes and drywells.

24. On or about May 16, 2022, Plaintiffs timely notified and submitted a claim to CHUBB seeking reimbursement for the property damages that Plaintiffs suffered.

25. The CHUBB Policy was in full force and effect at the time of the loss.

26. As a result of the effects of this occurrence, Plaintiffs sustained property damages in the amount of at least $1,749,885.00.

27. On or about August 12, 2022, Defendant issued a denial letter as to all parts of Plaintiffs' claim.

28. Plaintiffs have fully performed and complied with all their contractual obligations under the CHUBB Policy.

29. To date, despite Plaintiffs satisfying all conditions precedent and fully complying with the CHUBB Policy, Defendant has failed to indemnify Plaintiffs for their property loss in the amount believed to be at least $1,749,885.00.

**AS AND FOR PLAINTIFFS' FIRST CAUSE OF ACTION AGAINST DEFENDANT**
**(Breach of Contract)**

30. Plaintiffs repeat reiterate, and reallege each and every allegation contained in paragraphs "1" through "29" above inclusively, with the same force and effect as though more fully set forth at length herein.

31. At all times hereinafter mentioned, Plaintiffs had an insurable interest in the Subject Premises.

32. In or about February 2022, and continuing thereafter, while the CHUBB Policy was in full force and effect, Plaintiffs suffered a loss to their property of at least $1,749,885.00 as a result of physical damage resulting from a covered loss.

33. Notwithstanding the fact that Plaintiffs timely submitted a claim to Defendant under the CHUBB Policy and fully cooperated with Defendant, Defendant has failed to indemnify Plaintiffs for their loss.

34. By its failure to make payment pursuant to the provisions of the CHUBB Policy, Defendant has breached its insurance contract with Plaintiffs.

35. Accordingly, as a result of Defendant's breach, Defendant is liable to Plaintiffs with respect to their real estate property loss in an amount believed to be at least $1,749,885.00.

**WHEREFORE**, Plaintiffs demand judgment as follows:

      a.    On the First Claim against Defendant, judgment in the amount of $1,749,885.00 plus interests thereon, together with costs and disbarments of this action;

      b.    For such other and further relief as to which this Court deems just and proper.

Dated: New York, New York
       June 22, 2023

      Yours, etc.,

      **WEG AND MYERS, P.C.**
      *Attorneys for Plaintiffs*

      By:    /s/ Dennis T D'Antonio
           Dennis T D'Antonio, Esq.
           800 Westchester Ave., Suite N-513
           Rye Brook, NY 10573
           (212) 227-4210