UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
FARAMARZ HEDVAT and
KATRIN HEDVAT,

                              JUDGMENT
          Plaintiffs,         23-cv-4101 (DLI)(LGD)

    v.

CHUBB NATIONAL INSURANCE COMPANY,

         Defendant.
------------------------------------------------------------------X

      A Memorandum and Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on March 31, 2024, granting Defendant's motion to dismiss; and dismissing this case with prejudice; it is

      ORDERED and ADJUDGED that Defendant's motion to dismiss is granted; and that this case is dismissed with prejudice.

| Dated: Brooklyn, New York | Brenna B. Mahoney |
|---|---|
|       April 2, 2024 | Clerk of Court |

                                                By:   */s/Jalitza Poveda*
                                                         Deputy Clerk