# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

FARAMARZ HEDVAT AND KATRIN HEDVAT

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

CHUBB NATIONAL INSURANCE COMPANY

(List the full name(s) of the defendant(s)/respondent(s).)

23 CV 4101 (DLI)(LGD)

**NOTICE OF APPEAL**

Notice is hereby given that the following parties:

CHUBB NATIONAL INSURANCE COMPANY

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the ☐ Judgment  X order  entered on: March 31, 2024

(date that judgment or order was entered on docket)

that: Granted Defendant's Motion to Dismiss Plaintiffs' Complaint

(If the appeal is from an order, provide a brief description above of the decision in the order.)

April 25, 2024
Dated                                    Signature

D'ANTONIO, DENNIS, T.
Name (Last, First, MI)

800 WESTCHESTER AVENUE, SUITE N-513, RYE BROOK, NY 10573

Address          City          State          Zip Code

212-227-4210                    ddantonio@wegandmyers.com
Telephone Number                E-mail Address (if available)

---

Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13